UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY HAYWOOD, MARTHA LEWIS, ANNIE STUBENFIELD, A.D. LINDSEY, ESSIE MCALLISTER, and SANDRA WALTON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHICAGO HOUSING AUTHORITY, an Illinois municipal corporation, <br><br> Defendant. | Case No. 1:15-CV-8317 <br><br> Judge Gary Feinerman <br><br> Magistrate Judge Jeffrey T. Gilbert |

## ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT

This cause comes before the Court upon Plaintiffs' Uncontested Motion for entry of an Order preliminarily approving the Class Action Settlement Agreement between Plaintiffs Mary Haywood, Martha Lewis, Annie Stubenfield, A.D. Lindsey, Essie McAllister, and Sandra Walton and Defendant Chicago Housing Authority in the above-captioned case.

The Court has reviewed the Settlement Agreement and the exhibits attached thereto and preliminarily finds that the proposed settlement is within the range of a fair, reasonable and adequate resolution of the issues in this proceeding and therefore,

**IT IS ORDERED** that:

1. The following class is conditionally certified for settlement purposes only, pursuant to Federal Rule of Civil Procedure 23(b)(3):

> All current and former adult-residents of CHA-owned public housing units who were entitled to or for whom the CHA established utility allowances at any time between August 7, 2005 and September 1, 2017.

2. Matthew J. Piers, Christopher J. Wilmes, and Katherine Walz are designated as Class Counsel. Mary Haywood, Martha Lewis, Annie Stubenfield, A.D. Lindsey, Essie McAllister, and Sandra Walton are designated as representatives for the Class.

3. The form of class notice attached to the parties' Settlement Agreement and the plan for its dissemination specified in the Settlement Agreement are approved and will be mailed to Class Members no later than 21 days after entry of this Order.

4. All opt-outs must be submitted to the Settlement Administrator by November 12, 2018.

5. Plaintiffs shall file their motion for final approval of settlement and their motion for fees and costs by November 27, 2018.

6. All objections to the settlement must be submitted to counsel for Plaintiff by December 10, 2018. Counsel for Plaintiff will file the objections on the docket.

7. A final fairness hearing will be held on December 17, 2018 at 9:15 a.m. in Courtroom 2125 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois.

September 4, 2018 _____
United States District Court